943 So.2d 216 (2006)
A. Glenn BRASWELL, Appellant,
v.
Renee BRASWELL, Appellee.
No. 3D05-2581.
District Court of Appeal of Florida, Third District.
October 25, 2006.
Linda L. Carroll, Miami, for appellant.
Elser Foster-Morales Kopco; Green Smith McMillan, and Cynthia L. Greene, Miami, for appellee.
Before GERSTEN, GREEN, and RAMIREZ, JJ.
PER CURIAM.
Affirmed. See Gibson v. Bennett, 561 So.2d 565 (Fla.1990); Braswell v. Braswell, 881 So.2d 1193 (Fla. 3d DCA 2004).